UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANA KEMPER and DELAIN KEMPER,

    Plaintiffs,

  v.

AARON STIPKOVICH and REELACCESS, LLC, et al.

    Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV  12-455 DSF (Ex)


JUDGMENT

   The Court having previously issued an Order to Show Cause re Dismissal, Plaintiffs not having shown a basis for subject matter jurisdiction, and the Court having concluded that it lacks subject matter jurisdiction,

   IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.


DATED:  November 13, 2012

             _____
             DALE S. FISCHER
             United States District Judge